AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**ORIGINAL**

|  |  |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | ) |
| Subject Devices Located at Homeland Security | ) |
| Investigations, Norfolk Office | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) Case No. 2:24sw **51** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Virginia *(identify the person or describe the property to be searched and give its location):* **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

**See Attachment B.**

_____

**YOU ARE COMMANDED** to execute this warrant on or before <u>April 3, 2024</u> (*not to exceed 14 days*)

☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      ROBERT J. KRASK
                                                                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   <u>March 22, 2024 @ 1:43 p.m.</u>      <u>                                  </u>
                                                                                                  *Judge's signature*

City and state:   <u>Norfolk, Virginia</u>      <u>Robert J. Krask, United States Magistrate Judge</u>
                                                                                       *Printed name and title*

ORIGINAL



AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.:<br>2:24sw51 | Date and time warrant executed:<br>March 25, 2024 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :
CFA JOE JUSTICE

Inventory of the property taken and name of any person(s) seized:

Items:
Electronic data retrieved from devices including
data identifying devices, websites
accessed by devices and other data on
the devices

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  6/20/2024

*Executing officer's signature*

Krisha Brewer, SA
*Printed name and title*